UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOR HALVORSSEN,<br><br>        Plaintiff,<br><br>  v.<br><br>GLENN SIMPSON, PETER FRITSCH, FRANCISCO D'AGOSTINO, LEOPOLDO BETANCOURT-LOPEZ, PEDRO JOSE TREBBAU-LOPEZ, FRANCISCO CONVIT-GURUCEAGA,<br><br>        Defendants. | Case No.: 18-cv-02683-JMA-AYS |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that Shawn P. Naunton of the law firm Zuckerman Spaeder LLP, with offices located at 485 Madison Avenue, 10th Floor, New York, NY 10022, hereby appears as counsel for Defendants Glenn Simpson and Peter Fritsch in the above-captioned action. The undersigned hereby requests that all papers in the above-captioned action be served upon the undersigned at the address and e-mail stated below.

Dated: New York, New York
   May 31, 2018

                  Respectfully submitted,

                  /s/ Shawn P. Naunton
                  Shawn P. Naunton
                  ZUCKERMAN SPAEDER LLP
                  485 Madison Avenue, 10th Floor
                  New York, New York 10022
                  Tel: (212) 704-9600
                  Fax: (917) 261-5864
                  snaunton@zuckerman.com

                  *Counsel for Defendants*
                  *Glenn Simpson and Peter Fritsch*