UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THOR HALVORSSEN,

                     Plaintiff,

    - against -

GLENN R. SIMPSON,
PETER FRITSCH,
FRANCISCO D'AGOSTINO-CASADO,
LEOPOLDO A. BETANCOURT-LOPEZ,
PEDRO JOSE TREBBAU-LOPEZ,
FRANCISCO CONVIT-GURUCEAGA,

                     Defendants.

**ECF CASE**

**18 Civ. 2683 (JMA) (AYS)**

**NOTICE OF APPEARANCE**

---

    PLEASE TAKE NOTICE that Frank H. Wohl of the law firm Lankler Siffert & Wohl LLP, is admitted to practice in this Court and hereby appears as counsel for Defendant Leopoldo A. Betancourt-Lopez in the above-captioned action.

    We reserve the right to assert and/or move to dismiss based on, *inter alia*, insufficient service of process and/or lack of personal jurisdiction.

Dated: New York, New York
       May 31, 2018

                              /s/ Frank H. Wohl
                              Frank H. Wohl
                              LANKLER SIFFERT & WOHL LLP
                              500 Fifth Avenue
                              New York, New York 10110
                              Telephone: (212) 921-8399
                              Facsimile: (212) 764-3701
                              fwohl@lswlaw.com

                              *Attorney for Defendant*
                              *Leopoldo A. Betancourt-Lopez*