UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOR HALVORSSEN,<br><br>                              Plaintiff,<br><br>v.<br><br>GLENN R. SIMPSON, PETER FRITSCH, FRANCISCO D'AGOSTINO-CASADO, LEOPOLDO A. BETANCOURT-LOPEZ, PEDRO JOSE TREBBAU-LOPEZ, FRANCISCO CONVIT-GURUCEAGA,<br><br>                             Defendants. | ECF CASE<br><br>18-cv-02683-JMA-AYS<br><br><u>**NOTICE OF APPEARANCE**</u> |

PLEASE TAKE NOTICE that Joseph A. DeMaria of the law firm Fox Rothschild LLP, appears as counsel for Defendant Pedro Jose Trebbau-Lopez in the above-captioned action.

We reserve the right to assert and/or move to dismiss based on, *inter alia* insufficient service of process and/or lack of personal jurisdiction.  On June 1, 2018, Plaintiff filed an Affidavit of Service on Mr. Trebbau which reflected service pursuant to NY CPLR 308(4)("Nail and Mail").  Pursuant to that purported service, Mr. Trebbau's deadline to respond to the Complaint is July 2, 2018.

Dated: June 4, 2018
       Miami, Florida

By:   *s/Joseph A. DeMaria*
**Joseph A. DeMaria**
**FOX ROTHSCHILD LLP**
One Biscayne Tower, Suite 2750
2 S. Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 442-6547
Email: jdemaria@foxrothschild.com
E.D.N.Y. Bar #JD5668

*Counsel for Defendant Pedro Jose Trebbau-Lopez*