UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOR HALVORSSEN,<br><br>      Plaintiff,<br><br>v.<br><br>GLENN R. SIMPSON, PETER FRITSCH, FRANCISCO D'AGOSTINO-CASADO, LEOPOLDO A. BETANCOURT-LOPEZ, PEDRO JOSE TREBBAU-LOPEZ, and FRANCISCO CONVIT-GURUCEAGA,<br><br>      Defendants. | No. 18-cv-02683 (JMA) (AYS) |

**NOTICE OF CHANGE OF FIRM/ADDRESS/EMAIL**

TO: CLERK AND ALL OTHER PARTIES

  Pursuant to Local Rule 1.3(d) of this Court, please take notice of the following attorney information change for Erika Levin.

  My state bar number is 4329769.

  I am X An attorney
      __ A Government Agency attorney
      __ A Pro Hac Vice attorney

FIRM INFORMATION:

Prior Firm: Stone Magnanini LLP
      100 Connell Dr, Suite 2200
      Berkeley Heights, NJ 07922
      Tel.: (973) 218-1111
      Fax: (973) 218-1106

New Firm: Lewis Baach Kaufmann Middlemiss PLLC
      The Chrysler Building
      405 Lexington Avenue, 62nd Floor
      New York, NY 10174
      Tel.: (212) 822-0161
      Fax: (212) 826-7146

Email: erika.levin@lbkmlaw.com

I continue to be counsel of record on the above-entitled case.

Dated: July 6, 2018
New York, New York             By:    /s/ Erika Levin
                                      Erika Levin (NY Bar No. 4329769)
                                      LEWIS BAACH KAUFMANN
                                      MIDDLEMISS PLLC
                                      The Chrysler Building
                                      405 Lexington Avenue, 62nd Floor
                                      New York, NY 10174
                                      Tel.: (212) 822-0161
                                      Fax: (212) 826-7146
                                      erika.levin@lbkmlaw.com

                                      *Counsel for Defendant, Francisco Convit-Guruceaga*