## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

THOR HALVORSSEN,

                    Plaintiff,

    v.

GLENN R. SIMPSON, *et al.*,

                    Defendants.

No. 18-cv-02683 (JMA) (AYS)

**DECLARATION OF ERIKA LEVIN IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

I, Erika Levin, declare as follows:

1.     I am a partner with the law firm of Lewis Baach Kaufmann Middlemiss PLLC, which represents Defendant Francisco Convit-Guruceaga ("Convit").

2.     I am familiar with the facts set forth herein and submit this Declaration in support of Defendants' Joint Opposition to Plaintiff's Motion for Alternative Service in the above-captioned matter.

3.     Today, through correspondence to Plantiff's counsel, I provided Plaintiff with an address for Mr. Convit that Plaintiff can use in submitting to the Venezuelan Central Authority to effectuate Hague Service upon Mr. Convit in Venezuela. Mr. Convit's address is not included in this Declaration for security reasons and to keep this information out of the public record. Plaintiff is requested to refrain from unnecessarily publicizing Mr. Convit's address.

4.     In addition, through correspondence to Plaintiff's counsel, I provided Plaintiff with a copy of Mr. Convit's Venezuelan National Identity Card and Mr. Convit's Venezuelan Driver's License so that Plaintiff can provide same to the Venezuelan Central Authority in further support of Hague Service upon Mr. Convit. Copies of these cards are not included for

security reasons and to keep this information out of the public record. Plaintiff is requested to refrain from unnecessarily publicizing Mr. Convit's personal information.

***

I declare under penalty of perjury that the foregoing is true and correct to the best of my actual knowledge and belief. This Declaration was executed by me on August 13, 2018.

Respectfully submitted,

Dated: August 13, 2018
      New York, New York

By: _____

Erika Levin
LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC
The Chrysler Building
405 Lexington Avenue, 62nd Floor
New York, NY 10174
Tel.: (212) 826-7001
Fax: (212) 826-7146
Erika.Levin@lbkmlaw.com