UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOR HALVORSSEN,<br>           Plaintiff,<br><br>           v.<br><br>GLENN SIMPSON, PETER FRITSCH,<br>FRANCISCO D'AGOSTINO-CASADO,<br>LEOPOLDO BETANCOURT-LOPEZ, PEDRO<br>JOSE TREBBAU-LOPEZ, FRANCISCO<br>CONVIT-GURUCEAGA,<br><br>           Defendants. | Case No. CV 18-2683-JMA-AYS<br><br>**ORAL ARGUMENT<br>REQUESTED** |

**DEFENDANTS GLENN SIMPSON'S AND PETER FRITSCH'S
NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Complaint and the Memorandum of Law in Support of Defendants Glenn Simpson's and Peter Fritsch's Motion to Dismiss, Defendants Glenn Simpson and Peter Fritsch move this Court, before the Hon. Joan M. Azrack, United States District Judge, Eastern District of New York, for an Order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Complaint with prejudice.

Dated:  December 19, 2018

Respectfully submitted,

/s/    Joshua A. Levy
Joshua A. Levy (*pro hac vice*)
Rachel M. Clattenburg (*pro hac vice*)
**CUNNINGHAM LEVY MUSE LLP**
1401 K Street, NW, Suite 600
Washington, DC  20005
Tel: (202) 261-6564
Fax: (202) 261-3608
jal@cunninghamlevy.com
rmc@cunninghamlevy.com

Steven M. Salky (*pro hac vice*)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106

ssalky@zuckerman.com

Shawn Naunton
**ZUCKERMAN SPAEDER LLP**
485 Madison Avenue, 10th Floor
New York, New York 10022
Tel: (212) 704-9600
Fax: (917) 261-5864
snaunton@zuckerman.com

*Attorneys for Defendants Glenn Simpson and Peter Fritsch*