UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THOR HALVORSSEN,

                        Plaintiff,

              v.

GLENN R. SIMPSON, PETER FRITSCH,
FRANCISCO D'AGOSTINO-CASADO,
LEOPOLDO A. BETANCOURT-LOPEZ,
PEDRO JOSE TREBBAU-LOPEZ, and
FRANCISCO CONVIT-GURUCEAGA,

                        Defendants.
------------------------------------------------------------ X

JUDGMENT
18-cv-2683 (ENV) (RLM)

A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on August 26, 2019, granting the motions to dismiss; and dismissing the complaint with prejudice; it is

ORDERED and ADJUDGED that the motions to dismiss are granted in its entirety; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, NY
         August 27, 2019

                        Douglas C. Palmer
                        Clerk of Court

            By:    */s/Jalitza Poveda*
                        Deputy Clerk